## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EDWIN SCHOENBECK and JOYCE SCHOENBECK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| VS. | ) ) | NO. CV 06-209-DRH-PMF |
| ALFA LEISURE, INC., | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED: January 16, 2007**

**NORBERT G. JAWORSKI, Clerk**

**BY: s/Patricia Brown**
**Deputy Clerk**

**APPROVED:** /s/        David   RHerndon
**DISTRICT JUDGE**